

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00358-CR

Margaret Jane **GRIFFITH,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B09-09
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 19, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  M. Patrick Maguire                          Scott  F. Monroe
     M. Patrick Maguire, P.C.                     Kerr County Assistant District Attorney
     945 Barnett Street                           400 Clearwater Paseo
     Kerrville, TX 78028                          Kerrville, TX 78028